Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, California  94104
Telephone:    415-318-8806
Facsimile:    415-520-9523

Attorney for Plaintiff
MARATHON PETROLEUM COMPANY LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARATHON PETROLEUM COMPANY LP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAY AREA/DIABLO PETROLEUM CO. ) <br> D/B/A GOLDEN GATE PETROLEUM, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 4:11-cv-05690-DMR <br><br> **[P~~ROPOSED~~] ORDER GRANTING MARATHON PETROLEUM COMPANY LP'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT <u>AS MODIFIED</u>** |

1

[P~~ROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
*Marathon Petroleum Company LP v. Bay Area/Diablo Petroleum Co.*, No. 4:11-cv-05690-DMR

1   The Court, having considered the Motion For Leave To File First Amended Complaint
2 pursuant to Federal Rule of Civil Procedure 15(a)(2) filed by plaintiff Marathon Petroleum Company
3 LP ("Marathon"), ~~as well as the arguments of the parties and the papers submitted~~, <u>and having
4 received no opposition to the Motion</u>, hereby GRANTS Marathon's motion and grants leave to
5 Marathon to file its first amended complaint.

7   IT IS SO ORDERED.

10  Dated: __March 13, 2012_____



_____
Hon. Donna M. Ryu
United States Magistrate Judge

**Locke Lord LLP**
**44 Montgomery Street, Suite 2400**
**San Francisco, CA 94104**