Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, California 94104
Telephone:    415-318-8806
Facsimile:    415-520-9523

Attorney for Plaintiff
MARATHON PETROLEUM COMPANY LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARATHON PETROLEUM COMPANY LP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAY AREA/DIABLO PETROLEUM CO. )<br>D/B/A GOLDEN GATE PETROLEUM, )<br>)<br>Defendant. )<br>)<br>) | CASE NO. 4:11-cv-05690-DMR<br><br>**[PROPOSED] ORDER GRANTING MARATHON PETROLEUM COMPANY LP'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AS MODIFIED** |

1    The Court, having considered the Motion For Leave To File First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) filed by plaintiff Marathon Petroleum Company LP ("Marathon"), ~~as well as the arguments of the parties and the papers submitted~~, <u>and having received no opposition to the Motion</u>, hereby GRANTS Marathon's motion and grants leave to Marathon to file its first amended complaint.

IT IS SO ORDERED.

Dated:  __March 13, 2012_____



_____
Hon. Donna M. Ryu
United States Magistrate Judge

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA  94104