1 Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
2 LOCKE LORD LLP
3 44 Montgomery Street, Suite 2400
San Francisco, California 94104
4 Telephone: 415-318-8806
Facsimile: 415-520-9523
5

6 Attorney for Plaintiff
MARATHON PETROLEUM COMPANY LP

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 MARATHON PETROLEUM COMPANY LP,   )   CASE NO. 4:11-cv-05690-DMR
                                  )
12            Plaintiff,           )   **[PROPOSED] ORDER GRANTING**
                                  )   **MARATHON PETROLEUM COMPANY**
13      v.                         )   **LP'S MOTION FOR LEAVE TO FILE**
                                  )   **FIRST AMENDED COMPLAINT <u>AS</u>**
14 BAY AREA/DIABLO PETROLEUM CO.   )   **<u>MODIFIED</u>**
   D/B/A GOLDEN GATE PETROLEUM,    )
15                                 )
16            Defendant.           )
                                  )
17                                 )
                                  )
18                                 )
                                  )
19                                 )
                                  )
20 _____)

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104

1

[P~~ROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
*Marathon Petroleum Company LP v. Bay Area/Diablo Petroleum Co.*, No. 4:11-cv-05690-DMR

1  The Court, having considered the Motion For Leave To File First Amended Complaint
2 pursuant to Federal Rule of Civil Procedure 15(a)(2) filed by plaintiff Marathon Petroleum Company
3 LP ("Marathon"), ~~as well as the arguments of the parties and the papers submitted~~, <u>having received
4 no opposition to the Motion and good cause being shown</u>, hereby GRANTS Marathon's motion and
5 grants leave to Marathon to file its first amended complaint.

7  IT IS SO ORDERED.

10 Dated:  __March 13, 2012_____



Hon. Donna M. Ryu
United States Magistrate Judge

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA  94104