Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, California 94104
Telephone: 415-318-8806
Facsimile: 415-520-9523

Attorney for Plaintiff
MARATHON PETROLEUM COMPANY LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARATHON PETROLEUM COMPANY LP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAY AREA/DIABLO PETROLEUM CO. ) <br> D/B/A GOLDEN GATE PETROLEUM, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 4:11-cv-05690-DMR <br><br> **[PROPOSED] ORDER GRANTING MARATHON PETROLEUM COMPANY LP'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AS MODIFIED** |

1

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
*Marathon Petroleum Company LP v. Bay Area/Diablo Petroleum Co.*, No. 4:11-cv-05690-DMR

The Court, having considered the Motion For Leave To File First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) filed by plaintiff Marathon Petroleum Company LP ("Marathon"), ~~as well as the arguments of the parties and the papers submitted~~, <u>having received no opposition to the Motion and good cause being shown</u>, hereby GRANTS Marathon's motion and grants leave to Marathon to file its first amended complaint.

IT IS SO ORDERED.

Dated: __March 13, 2012_____



Hon. Donna M. Ryu
United States Magistrate Judge

2

[P<span>ROPOSED</span>] O<span>RDER</span> G<span>RANTING</span> M<span>OTION</span> F<span>OR</span> L<span>EAVE</span> T<span>O</span> F<span>ILE</span> F<span>IRST</span> A<span>MENDED</span> C<span>OMPLAINT</span>
*Marathon Petroleum Company LP v. Bay Area/Diablo Petroleum Co.*, No. 4:11-cv-05690-DMR